UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MITCHELL NAYLOR, | No. 2:20-cv-672-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| BRANDON PRICE, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 21, 2020, petitioner requested a second extension of time to file his traverse and a request for appointment of counsel.

As to the request for counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings. The court will, however, grant petitioner's request for extension of time.

Accordingly, it is ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 16) is denied without prejudice; and

2. Petitioner's request for an extension of time (ECF No. 15) is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: September 24, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2