UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MITCHELL NAYLOR,<br><br>   Petitioner,<br><br>   v.<br><br>BRANDON PRICE,<br><br>   Respondent. | No. 2:20-cv-672-JAM-EFB P<br><br>ORDER |

Petitioner, who is committed civilly to a state hospital and proceeds herein without counsel, brings an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 9, 2020, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

DATED: January 27, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE